IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERMANTOWN CAB COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE PHILADELPHIA PARKING AUTHORITY, et al. | : | NO. 14-4686 |

## ORDER

**AND NOW**, this 12th day of August, 2015, upon consideration of "Defendants' Motion to Dismiss Amended Complaint" (Docket No. 29), and Plaintiff's Response thereto, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. The Motion to Dismiss is **GRANTED**.

2. The Amended Complaint is **DISMISSED**.

3. On or before August 31, 2015, Plaintiff may file a Second Amended Complaint that reasserts only its First Amendment retaliation and conspiracy claims pursuant to 42 U.S.C. § 1983, and that cures the pleading deficiencies identified in the Memorandum.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.