IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERMANTOWN CAB COMPANY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. 14-4686 |
| | : |
| THE PHILADELPHIA PARKING | : |
| AUTHORITY, WILLIAM SCHMID, | : |
| and CHRISTINE KIRLIN, | : |
| | : |
| Defendants. | : |

**ORDER**

**AND NOW**, this 26th day of June, 2018, upon consideration of the Motion for Summary Judgment of Defendants The Philadelphia Parking Authority, William Schmid, and Christine Kirlin (Docket No. 85), all responses and replies thereto, and oral argument conducted on May 15, 2018, **IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED IN PART** as to all claims asserted against Defendants William Schmid and Christine Kirlin.

2. The Motion is **DENIED** in all other respects.

3. Judgment is **ENTERED** in favor of Defendants William Schmid and Christine Kirlin and against Plaintiff Germantown Cab Company.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.